# UNITED STATES DISTRICT COURT

for the

Western District of New York

| | | |
|---|---|---|
| City of Buffalo<br>*Plaintiff*<br>v.<br>J. Conrad Seneca et al.<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No. 26-cv-02279 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, City of Buffalo .

Date: 10/08/2026

s/ William V. Rossi
*Attorney's signature*

William V. Rossi, 5482401
*Printed name and bar number*

65 Niagara Square
Law Department, Room 1100
Buffalo, NY 14202
*Address*

wrossi@buffalony.gov
*E-mail address*

(716) 851-4312
*Telephone number*

(716) 851-4105
*FAX number*