# EXHIBIT 6

**From:** Chris Karns
**Sent:** Wednesday, September 30, 2026 8:13 AM
**To:** 'Yasmin Abdul-Malik' <yabdul-malik@buffalosewer.org>; Joe Palumbo <jpalumbo@carminawooddesign.com>; Daniel LaPietra <dlapietra@carminawooddesign.com>
**Cc:** Rosaleen Nogle <rnogle@buffalosewer.org>; Regina Harris <rharris@buffalosewer.org>; Kerry J. John <Kerry.J.John@sni.org>; Cheryl Colston <ccolston@buffalosewer.org>; William Conroy <wconroy@buffalosewer.org>
**Subject:** RE: External:RE: 23-1073 - Seneca One Stop - Miami-Ohio-Chicago Streets

Everyone, attached hereto is a copy of the executed Stormwater Control Facility Maintenance Agreement. Please send a countersigned version when you get a chance. Much appreciated. Chris

---

**From:** Yasmin Abdul-Malik <yabdul-malik@buffalosewer.org>
**Sent:** Tuesday, September 29, 2026 8:59 AM
**To:** Chris Karns <chris.karns@sni.org>; Joe Palumbo <jpalumbo@carminawooddesign.com>; Daniel LaPietra <dlapietra@carminawooddesign.com>
**Cc:** Rosaleen Nogle <rnogle@buffalosewer.org>; Regina Harris <rharris@buffalosewer.org>; Kerry J. John <Kerry.J.John@sni.org>; Cheryl Colston <ccolston@buffalosewer.org>; William Conroy <wconroy@buffalosewer.org>
**Subject:** RE: External:RE: 23-1073 - Seneca One Stop - Miami-Ohio-Chicago Streets

Hello All,
I wanted to follow up in this email chain regarding the next steps for the project with Buffalo Sewer.

Chris – I see that the SMP maintenance agreement was sent over to you yesterday for a signature. Once that is complete, please return to us and we will sign the document. The agreement should then be added to the complete Operation and Maintenance plan and inserted into the SWPPP as an appendix. Please send over the complete SWPPP and the revised plans for our final approval.

I am also attaching a copy of our contractor certification form to be signed and returned to us with the SWPPP. Buffalo Sewer will begin doing site inspections to ensure compliance with the project SWPPP. We will send a copy of our inspection form to the operator listed in the SWPPP. As listed in your project SWPPP, a Qualified Professional should be performing site inspections once every 7 days to maintain compliance. These inspection reports should be made available for our review in the SWPPP mailbox. Please ensure that the SWPPP mailbox is in a location that will be

easily accessible to our inspector. Please feel free to reach out with any questions regarding this process.

Thanks,
Yasmin

---

**From:** Chris Karns <chris.karns@sni.org>
**Sent:** Friday, September 25, 2026 11:54 AM
**To:** Cheryl Colston <ccolston@buffalosewer.org>; Yasmin Abdul-Malik <yabdul-malik@buffalosewer.org>; Joe Palumbo <jpalumbo@carminawooddesign.com>; Daniel LaPietra <dlapietra@carminawooddesign.com>
**Cc:** Rosaleen Nogle <rnogle@buffalosewer.org>; Regina Harris <rharris@buffalosewer.org>; Kerry J. John <Kerry.J.John@sni.org>
**Subject:** RE: External:RE: 23-1073 - Seneca One Stop - Miami-Ohio-Chicago Streets

> You don't often get email from chris.karns@sni.org. Learn why this is important

Am circling back on this, as I need to try to get a signature while the signer is here. Any insights greatly appreciated! Chris

---

**From:** Cheryl Colston <ccolston@buffalosewer.org>
**Sent:** Thursday, September 24, 2026 9:52 AM
**To:** Chris Karns <chris.karns@sni.org>; Yasmin Abdul-Malik <yabdul-malik@buffalosewer.org>; Joe Palumbo <jpalumbo@carminawooddesign.com>; Daniel LaPietra <dlapietra@carminawooddesign.com>
**Cc:** Rosaleen Nogle <rnogle@buffalosewer.org>; Regina Harris <rharris@buffalosewer.org>; Kerry J. John <Kerry.J.John@sni.org>
**Subject:** RE: External:RE: 23-1073 - Seneca One Stop - Miami-Ohio-Chicago Streets

Hello Chris,

I corrected the cross referenced in paragraph 6. We will finalize and send back to you for signatures. Thank you.

Cheryl

Cheryl J. Colston
General Counsel
Buffalo Sewer Authority
65 Niagara Square
City Hall Room 1038

Buffalo, New York 14202
(716) 851-4664 Ext. 4242

---

**From:** Chris Karns <chris.karns@sni.org>
**Sent:** Wednesday, September 23, 2026 3:43 PM
**To:** Yasmin Abdul-Malik <yabdul-malik@buffalosewer.org>; Joe Palumbo <jpalumbo@carminawooddesign.com>; Daniel LaPietra <dlapietra@carminawooddesign.com>
**Cc:** Rosaleen Nogle <rnogle@buffalosewer.org>; Regina Harris <rharris@buffalosewer.org>; Kerry J. John <Kerry.J.John@sni.org>; Cheryl Colston <ccolston@buffalosewer.org>
**Subject:** RE: External:RE: 23-1073 - Seneca One Stop - Miami-Ohio-Chicago Streets

> Some people who received this message don't often get email from chris.karns@sni.org. Learn why this is important

Hi Yasmin and Cheryl, thank you for getting that back to me. Can you please confirm that the cross reference in paragraph 6 to itself is correct? I think it should probably be 7, but it's your document. Whatever cross reference is correct, please do send back clean, execution versions so that we can work on securing signature on our end. Much appreciated. Chris

---

**From:** Yasmin Abdul-Malik <yabdul-malik@buffalosewer.org>
**Sent:** Wednesday, September 16, 2026 8:55 AM
**To:** Chris Karns <chris.karns@sni.org>; Joe Palumbo <jpalumbo@carminawooddesign.com>; Daniel LaPietra <dlapietra@carminawooddesign.com>
**Cc:** Rosaleen Nogle <rnogle@buffalosewer.org>; Regina Harris <rharris@buffalosewer.org>; Kerry J. John <Kerry.J.John@sni.org>; Cheryl Colston <ccolston@buffalosewer.org>
**Subject:** RE: External:RE: 23-1073 - Seneca One Stop - Miami-Ohio-Chicago Streets

Chris,
Please see the attached agreement that was reviewed and revised by Buffalo Sewer General Counsel, Cheryl Colston. She accepted some changes and rejected some that she did not find applicable. Please reach out with any questions.

Thanks,
Yasmin

---

**From:** Chris Karns <chris.karns@sni.org>
**Sent:** Friday, September 11, 2026 10:01 AM
**To:** Joe Palumbo <jpalumbo@carminawooddesign.com>; Yasmin Abdul-Malik <yabdul-

malik@buffalosewer.org>; Daniel LaPietra <dlapietra@carminawooddesign.com>
**Cc:** Rosaleen Nogle <rnogle@buffalosewer.org>; Regina Harris <rharris@buffalosewer.org>; Kerry J. John <Kerry.J.John@sni.org>
**Subject:** RE: External:RE: 23-1073 - Seneca One Stop - Miami-Ohio-Chicago Streets

> You don't often get email from chris.karns@sni.org. Learn why this is important

Thank you, Joe and CWD team. And greetings BSA team.

For the BSA team, I'm attaching hereto a redline of the proposed stormwater control facility maintenance agreement. Our proposed changes are geared towards the following:

1. Making the language more consistent with the notion that we are talking about storm water plans relating to a project by a sovereign Indian nation on their sovereign Indian lands, and the joint desire of the Nation and the BSA to have an agreement in place to make sure the SCMs resulting from the plan are maintained.

2. The agreement does include some minor language to acknowledge that Facility Owner is not responsible for repairs/replacements made necessary by BSA acts/omission. But it did not set out a cooperative process for meeting and identifying any of those. So, we've added language to build that in (have the Inspecting Engineer do the eval of what's needed and the parties meet to discuss the findings and determine any cost allocation issues).

3. We added language to make clear that BSA has an independent right to obtain its own Inspecting Engineer report (something we know the BSA can do whenever and as needed off Seneca sovereign lands, but it made sense to us to build it in to avoid any future questions/issues on the topic).

4. We removed language regarding affixing a lien on the property. As sovereign lands of the Seneca Nation held in restricted fee status under federal law, the lien isn't available. So we built in a payable-upon-receipt invoicing process.

Please do take a look when you get a chance and I'm happy to hop on a call with the BSA team to answer any questions.

Much appreciated!

Chris

Christopher Karns
General Counsel
Seneca Nation of Indians
12837 Route 438 | Irving, New York 14081

Office: (716) 532-4900 x.5053
Cell: (716) 801-5894

---

**From:** Joe Palumbo <jpalumbo@carminawooddesign.com>
**Sent:** Thursday, September 10, 2026 2:23 PM
**To:** Yasmin Abdul-Malik <yabdul-malik@buffalosewer.org>; Daniel LaPietra <dlapietra@carminawooddesign.com>; Chris Karns <chris.karns@sni.org>
**Cc:** Rosaleen Nogle <rnogle@buffalosewer.org>; Regina Harris <rharris@buffalosewer.org>
**Subject:** External:RE: 23-1073 - Seneca One Stop - Miami-Ohio-Chicago Streets

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.
Chirs,
Great to meet with you today.
As discussed, I'm adding you to the email chain with the team from BSA regarding the Seneca One Stop.

BSA Team,
Chris is handling the stormwater agreement for the Seneca One Stop.
We discussed looping him into the email chain to get the stormwater agreement finalized.

Please keep me in the loop as things progress.
If there is anything further needed from CWD, don't hesitate to ask.
Thanks,
Joe

CARMINAWOOD DESIGN

**Joseph Palumbo** | Senior Associate, Civil Engineering
m. 716.491.4330
80 Silo City Row Ste 100, Buffalo, NY 14203
Buffalo | Utica | Greensboro
carminawooddesign.com

---

**From:** Yasmin Abdul-Malik <yabdul-malik@buffalosewer.org>
**Sent:** Tuesday, September 8, 2026 2:22 PM
**To:** Daniel LaPietra <dlapietra@carminawooddesign.com>
**Cc:** Rosaleen Nogle <rnogle@buffalosewer.org>; Joe Palumbo <jpalumbo@carminawooddesign.com>; Regina Harris <rharris@buffalosewer.org>
**Subject:** RE: 23-1073 - Seneca One Stop - Miami-Ohio-Chicago Streets

Dan,
I wanted to follow up on the current status of this project and see when the revisions will be submitted.

Thanks,
Yasmin

---

**From:** Yasmin Abdul-Malik
**Sent:** Thursday, July 16, 2026 2:46 PM
**To:** 'Daniel LaPietra' <dlapietra@carminawooddesign.com>; Regina Harris <rharris@buffalosewer.org>
**Cc:** Rosaleen Nogle <rnogle@buffalosewer.org>; Joe Palumbo <jpalumbo@carminawooddesign.com>
**Subject:** RE: 23-1073 - Seneca One Stop - Miami-Ohio-Chicago Streets

Dan,
Please see attached and let me know if there are any questions. I am also including a maintenance agreement from a previous project that you can use as a reference for your project.

Thanks,
Yasmin

---

**From:** Daniel LaPietra <dlapietra@carminawooddesign.com>
**Sent:** Wednesday, July 15, 2026 9:22 AM
**To:** Yasmin Abdul-Malik <yabdul-malik@buffalosewer.org>; Regina Harris <rharris@buffalosewer.org>
**Cc:** Rosaleen Nogle <rnogle@buffalosewer.org>; Joe Palumbo <jpalumbo@carminawooddesign.com>
**Subject:** Re: 23-1073 - Seneca One Stop - Miami-Ohio-Chicago Streets

Yasmin,

Following up on the below review. Please let me know if you have any questions

Thanks,

CARMINAWOOD DESIGN

**Dan LaPietra, EIT** | Civil Engineering
o. 716.469.2308
80 Silo City Row Ste 100, Buffalo, NY 14203
Buffalo | Utica | Greensboro

carminawooddesign.com

---

**From:** Daniel LaPietra <dlapietra@carminawooddesign.com>
**Sent:** Wednesday, July 1, 2026 4:38 PM
**To:** Yasmin Abdul-Malik <yabdul-malik@buffalosewer.org>; Regina Harris <rharris@buffalosewer.org>
**Cc:** Rosaleen Nogle <rnogle@buffalosewer.org>; Joe Palumbo <jpalumbo@carminawooddesign.com>
**Subject:** Re: 23-1073 - Seneca One Stop - Miami-Ohio-Chicago Streets

Yasmin,

Please see the link below for the comment response letter, revised site plan set and revised SWPPP Report based on your comments for the proposed Seneca One Stop.

2026-07-01 - Seneca One Stop - Resubmission to BSA

Revisions to both the plan set and SWPPP are indicated in the comment response letter. If you have any questions, please let me know

Thanks,
Dan

CARMINAWOOD DESIGN

**Dan LaPietra, EIT** | Civil Engineering
o. 716.469.2308
80 Silo City Row Ste 100, Buffalo, NY 14203
Buffalo | Utica | Greensboro
carminawooddesign.com

---

**From:** Yasmin Abdul-Malik <yabdul-malik@buffalosewer.org>
**Sent:** Thursday, April 16, 2026 10:05 AM
**To:** Joe Palumbo <jpalumbo@carminawooddesign.com>; Regina Harris <rharris@buffalosewer.org>
**Cc:** Daniel LaPietra <dlapietra@carminawooddesign.com>; Rosaleen Nogle <rnogle@buffalosewer.org>
**Subject:** RE: 23-1073 - Seneca One Stop - Miami-Ohio-Chicago Streets

Joe,
Please see the link below that contains the comments on the drawings and SWPPP for 5 Miami St. If you have any questions please include them in this email chain.

5 Miami St - Seneca One Stop

Thanks,
Yasmin

---

**From:** Yasmin Abdul-Malik
**Sent:** Wednesday, April 8, 2026 10:29 AM
**To:** 'Joe Palumbo' <jpalumbo@carminawooddesign.com>; Regina Harris <rharris@buffalosewer.org>
**Cc:** Daniel LaPietra <dlapietra@carminawooddesign.com>; Rosaleen Nogle <rnogle@buffalosewer.org>
**Subject:** RE: 23-1073 - Seneca One Stop - Miami-Ohio-Chicago Streets

Joe,
We have received your submission. Please allow us two weeks to provide comments on the project.

Thanks,
Yasmin

---

**From:** Joe Palumbo <jpalumbo@carminawooddesign.com>
**Sent:** Tuesday, April 7, 2026 11:10 AM
**To:** Regina Harris <rharris@buffalosewer.org>; Yasmin Abdul-Malik <yabdul-malik@buffalosewer.org>
**Cc:** Daniel LaPietra <dlapietra@carminawooddesign.com>
**Subject:** 23-1073 - Seneca One Stop - Miami-Ohio-Chicago Streets

Regina & Yasmin,
This is a follow up on your discussions regarding submission to BSA for review of the proposed Seneca One Stop Storm & Sanitary connections.
Here is a link to the design documents and SWPPP which have been designed per NYSDEC guidelines as the storm connection is to the MS4 storm sewer within Ohio St.
https://carminawooddesign.egnyte.com/fl/gD6KtF6PvbKp

Let me know how we should proceed through your review and approval process as this was not ever put into the CIVIC's portal for review and permitting.
I've copied Dan LaPietra on this as he has been assisting with this project and should be copied on any correspondences regarding.
Thanks,
Joe

CARMINAWOOD DESIGN

**Joseph Palumbo** | Senior Associate, Civil Engineering
m. 716.491.4330
80 Silo City Row Ste 100, Buffalo, NY 14203
Buffalo | Utica | Greensboro
carminawooddesign.com

**[ATTENTION]** This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.

**[ATTENTION]** This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please delete this message. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of the company. Finally, the recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this email.

**[ATTENTION]** This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.

**[ATTENTION]** This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.

**[ATTENTION]** This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.